AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MARVELLE DEMETRIUS MAYS**
a/k/a John E. Joy

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __APRIL 19, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully attempted to commit the offense of possession with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was one kilogram or more.

in violation of Title __21__ United States Code, Section(s) __846__.

I further state that I am __SPECIAL AGENT AARON YBARRA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
SPECIAL AGENT AARON YBARRA
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                          City and State

_____    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTS

On April 19, 2007, special agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") conducted a reverse "buy-bust" operation at xxxx Xxxxxxx Xxxxxx, XX, Xxxxxxxxxx, XX. ATF agents had a cooperating informant who placed a controlled, monitored call to MARVELL DEMITRIC MAYS (hereinafter "MAYS"). In that call, the informant told MAYS that he could sell MAYS a kilogram of cocaine (hydrochloride) for $20,000 in cash, or a half a kilogram of cocaine for $10,500. This call was both monitored and recorded. MAYS told the informant that he wanted to make the purchase and they made arrangements to meet at xxxx Xxxxxxx Xxxxxx, XX for the purpose of exchanging the kilogram of cocaine for money.

Agents from the Bureau of Customs Enforcement (ICE) prepared a sample kilo of cocaine that contained a 1% purity. This sample cocaine was used as the bate in this buy-bust operation.

At approximately 8:24 p.m., MAYS arrived for the meeting at xxxx Xxxxxxx Xxxxxx, XX, carrying $16,576.00 in U.S. currency. MAYS parked his car next to the informant's car. MAYS then exited his car and got into the informant's car. At this point, the informant displayed the cocaine in it packaging to MAYS who remarked positively about the cocaine, saying, "My man! You came through for me." MAYS then produced a bundle of U.S. currency from his pants pocket, told the informant that it was $9,000.00 and began counting it. He then pulled more U.S. currency out of his jacket and also began counting it as well. MAYS then announced that he had to return to his car to get some more money. Then MAYS returned to the informant's car with even more U.S. currency. MAYS took the bag containing the cocaine and placed it between his legs. At this time

agents moved in and placed MAYS under arrest for attempted possession with intent to distribute cocaine.

 

SPECIAL AGENT AARON YBARRA
BUREAU OF ALCOHOL, TOBACCO, FIREARMS,
& EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF APRIL, 2007.

U.S. MAGISTRATE JUDGE